UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:24-cr-32

vs.

JUSTIN O. NELSON,                    District Judge Michael J. Newman

    Defendant.
_____

## SCHEDULING ORDER
_____

This criminal case is before the Court following Defendant's indictment on March 26, 2024 and arraignment on March 28, 2024.  The parties have filed a joint status report and a proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **June 6, 2024**.  Doc. No. 20.  Based on the parties' proposed scheduling order, the Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **April 10, 2024** |
| Substantive motion filing deadline: | **April 26, 2024** |
| Status report deadline: | **May 22, 2024** |
| Jury trial: | **June 3, 2024** |

The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

    <u>April 5, 2024</u>                                             <u>s/Michael J. Newman</u>
                                                                     Hon. Michael J. Newman
                                                                     United States District Judge